# Court of Appeals
# of the State of Georgia

ATLANTA,  October 12, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0070. DENISE WILKINSON et al. v. JOSEPH RICHELLO.

Denise Wilkinson and Nelson Wilkinson, Jr., filed a petition to be adjudicated equitable caregivers under OCGA § 19-7-3.1 (g), seeking visitation with their grandchildren. The children's natural father, Joseph Richello, filed a motion to dismiss the petition. The trial court entered an order dismissing the petition with prejudice. The Wilkinsons filed this timely application for discretionary review.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody[.]" Visitation is considered a custody issue. See *Daniels v. Barnes*, 289 Ga. App. 897, 899 n. 1 (658 SE2d 472) (2008); *Pritchett v. Merritt*, 263 Ga. App. 252, 253 (1) (587 SE2d 324) (2003); see also OCGA § 19-9-41 (4) (defining "child custody proceeding" as "a proceeding in which legal custody, physical custody, or visitation with respect to a child is in issue"). Thus, the order the Wilkinsons seek to appeal is directly appealable. This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).

Accordingly, this application is hereby GRANTED. The Wilkinsons shall have ten days from the date of this order to file a notice of appeal with the trial court. If they have already filed a notice of appeal in the trial court, they need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals. See OCGA § 5-6-35 (g).



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* __10/12/2022__

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*